UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DHANANJAY SINGH,                     No. 1:26-cv-00244 WBS CSK

          Petitioner,

   v.                                ORDER

SERGIO ALBARRAN, Acting Field
Office Director, San Francisco
Field Office, et al.,

         Respondents.

----oo0oo----

Petitioner Dhananjay Singh has filed a motion for temporary restraining order.  (Docket No. 2.)  Respondents SHALL file any opposition to petitioner's motion no later than **January 15, 2026, at 12:00 p.m**.

In their opposition, respondents SHALL provide the reasons for petitioner's detention and include a summary of petitioner's interactions with immigration enforcement authorities to date.  In particular, respondents SHALL specify whether petitioner was re-arrested for violating the terms of his

1

parole, or whether petitioner was re-arrested for other reasons, and if so, what those reasons are.  If respondents specify that petitioner was re-arrested for violating the terms of his parole, they SHALL state which terms of his parole petitioner violated as well as the dates on which those terms were violated.

The court will then take the motion under submission and inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated:  January 13, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2