UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DHANANJAY SINGH,<br><br>          Petitioner,<br><br>     v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX, et al.,<br><br>          Respondents. | No. 1:26-cv-0244 WBS CSK<br><br><br><br>ORDER RELATING CASES |
| DHANANJAY SINGH,<br><br>          Petitioner,<br><br>     v.<br><br>WARDEN, CENTRAL VALLEY ANNEX, et al.,<br><br>          Respondents. | No. 1:26-cv-3560 DC CSK |

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because they involve the same parties, are based on the same or similar

1

claims, and involve similar questions of law and fact. Accordingly, the assignment of the matters to the same judge is likely to effect a saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Singh v. Golden State Annex et al., Case No. 1:26-cv-0244 WBS CSK, and Singh v. Warden, Central Valley Annex, et al., Case No. 1:26-cv-3560 DC CSK, be, and the same hereby are, deemed related. The case denominated Singh v. Warden, Central Valley Annex, et al., Case No. 1:26-cv-3560 DC CSK, shall be reassigned to Judge WILLIAM B. SHUBB and Judge CHI SOO KIM. Henceforth, the captions on documents filed in the reassigned case shall be shown as Singh v. Warden, Central Valley Annex, et al., Case No. 1:26-cv-3560 WBS CSK.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: May 21, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2